UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RAHIM MUHAMMAD,<br><br>                Petitioner,<br><br>v.<br><br>TIM GARRETT, et al.,<br><br>                Respondents. | Case No. 3:22-cv-00142-RCJ-CLB<br><br>**ORDER** |

    This *pro se* habeas petition comes before the Court on petitioner's "addendum" (ECF No. 21). In the addendum, petitioner explains that he was moved to Northern Nevada Correctional Center ("NNCC") on May 20, 2022, and he was placed in administrative segregation. (*Id.* at 1.) Petitioner was informed that this move was made based on his "ongoing litigation and other pertinent issues." (*Id.*) As a result, some of his documents have been confiscated and his property withheld, and Plaintiff is suffering psychologically, emotionally, and mentally from being in solitary confinement. (*Id.* at 1–2.) Petitioner requests that this Court take injunctive action to protect his "Constitutional, Civil, and Humanitarian Rights" from the retaliation he is facing. (*Id.* at 2.)

    These issues are not properly brought in a 28 U.S.C. § 2254 action for a writ of habeas corpus; rather, it appears that these issues lie in a civil-rights action under 42 U.S.C. § 1983.

    It is therefore ordered that this Court will take no action in this matter on petitioner's addendum (ECF No. 21).

Dated: July 21, 2022

                                                          _____<br>
                                                          ROBERT C. JONES<br>
                                                          UNITED STATES DISTRICT COURT