# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RAHIM MUHAMMAD,

    Petitioner,

v.

TIM GARRETT, et al.,

    Respondents.

Case No. 3:22-cv-00142-RCJ-CLB

**ORDER**

This *pro se* habeas petition comes before the Court on Petitioner Rahim Muhammad's failure to update his address. (*See* ECF Nos. 24, 29, 32 (returned mail all indicating that Muhammad has been moved to "SCC").) The Local Rules of Practice require all parties, including habeas petitioners, to immediately file with the court written notice of any change of address. LR IA 3-1, LR 2-2. The Local Rules also warn that failure to comply may result in dismissal of the action, with or without prejudice, or other sanctions as the court deems appropriate. *Id.*; *see also Carey v. King*, 856 F.2d 1439, 1441 (9th Cir. 1988) ("A party, not the district court, bears the burden of keeping the court apprised of any changes in his mailing address.").

It is therefore ordered that Muhammad update his address by filing a notice of change of address within 30 days of this order. Failure to timely comply with this order will result in the dismissal of his petition without prejudice and without further advance notice.

It is further ordered that the clerk of the court send Muhammad a courtesy copy of this order to the Stewart Conservation Camp.

Dated: July 21, 2022.

                                          ROBERT C. JONES
                                          UNITED STATES DISTRICT COURT