**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RAHIM MUHAMMAD, | Case No. 3:22-cv-00142-RCJ-CLB |
| Petitioner, | **ORDER** |
| v. | |
| TIM GARRETT, et al., | |
| Respondents. | |

This *pro se* habeas petition comes before the Court on Petitioner Rahim Muhammad's notice of change of address. (ECF No. 35.) Previously, respondents filed an answer to Muhammad's petition (ECF No. 25) and exhibits in support of that answer (ECF Nos. 26, 27, 28.) The answer and exhibits were returned as undeliverable to Muhammad with the notation that he had been moved to "SCC." (ECF Nos. 29, 29-1, 29-2, 29-3.) Several of the Court's orders were also returned as undeliverable to Muhammad with the notation that he had been moved to "SCC." It is not clear whether respondents' answer, respondents' exhibits, and the Court's orders have been forwarded to Muhammad at the Stewart Conservation Camp.

It is therefore ordered that the Respondents serve Muhammad a copy of their answer and exhibits (ECF Nos. 25, 26, 27, 28) at his new address—if they have not already done so—within 10 days of the date of this order. Respondents are instructed to file a corrected certificate of service.

It is further ordered that the clerk resend the Court's previous orders (ECF Nos. 23, 30, 31) to Muhammad at the Stewart Conservation Camp.

//

//

//

It is further ordered that Muhammad has 45 days from the date the answer is reserved to file a reply.

Dated: August 1, 2022.

_____
ROBERT C. JONES
UNITED STATES DISTRICT COURT