# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RAHIM MUHAMMAD, | Case No. 3:22-cv-00142-RCJ-CLB |
| Petitioner, | **ORDER** |
| v. | |
| TIM GARRETT, et al., | |
| Respondents. | |

This matter comes before the Court on the merits of Petitioner Rahim Muhammad's *pro se* habeas petition. (ECF No. 12.) In reviewing this matter, it has come to the Court's attention that Muhammad's presentence investigation report has not been filed as an exhibit even though Muhammad's petition references statements within that report. Further, it appears that exhibit 80 is incomplete. (ECF No. 27-10.) Exhibit 80 is a sentencing statement with 7 attachments. (*Id.*) Only 5 of the attachments have been included in exhibit 80. Indeed, it appears that the final three attachments—a substance abuse evaluation, a psychiatric evaluation, and a letter from Ron Chalmers—have not been included.

**IT IS THEREFORE ORDERED** that, within 10 days of the date of this order, Respondents shall file Petitioner's presentence investigation report under seal and a complete copy, including all attachments, of exhibit 80.

Dated:  September 28, 2022.

_____
ROBERT C. JONES
UNITED STATES DISTRICT COURT